UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRUCE CRAWFORD,            )
                           )
            Plaintiff,     )
                           )
v.                         )    **JUDGMENT**
                           )
                           )    No. 5:12-CV-182-FL
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security, )
                           )
            Defendant.     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 15, 2012, that defendant's motion to remand is granted, and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this court's order.

**This Judgment Filed and Entered on November 15, 2012, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


November 15, 2012            JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk